***********
Paragraph 3 of the Award section of the 20 October 2000 Opinion and Award is hereby stricken and replaced with the following:
3. Defendant shall pay to plaintiff's counsel the sum of 33 and 1/3% of accrued total disability benefits beginning on 27 May 1997. In addition, plaintiff's counsel is entitled to a reasonable attorney's fee of 33 and 1/3% of plaintiff's unaccrued continuing total disability benefits. Defendants shall pay directly to plaintiff's counsel every third weekly check of plaintiff's unaccrued continuing total disability benefits, so long as plaintiff receives such benefits.
The remainder of the 20 October 2000 Opinion and Award of the Full Commission remains in full force and effect.
This the ___ day of January, 2002.
 S/___________________________ BERNADINE S. BALLANCE COMMISSIONER
CONCURRING:
 S/___________________________ LAURA K. MAVRETIC COMMISSIONER
 S/____________________________ DIANNE C. SELLERS COMMISSIONER